UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DEBORAH SCROGGINS,

               Plaintiff,

        - against -

RENEE SCROGGINS; VALERIE JEAN
SCROGGINS; and SOUL JAZZ RECORDS,
LTD/UNIVERSAL SOUND,

               Defendants.

-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E

★   MAR 1 0 2010

P.M.
TIME A.M. ____

**ORDER**
**09 CV 5735 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

    In her complaint, plaintiff provided the Court with a service address for defendant Valerie

Scroggins at a post office box. By letter dated March 8, 2010, plaintiff provides an alternate

residential address where this defendant can be served. However, plaintiff does not include a zip

code, and the "ZIP Code Lookup" service on the United States Postal Service's website does not

recognize the address plaintiff provided. The United States Marshals Service cannot serve

defendant without a proper address. Plaintiff shall ascertain the correct service address for this

defendant and promptly inform the Court.[1]

SO ORDERED.

                                                   LOIS BLOOM
Dated: March 9, 2010                     United States Magistrate Judge
       Brooklyn, New York

---

[1] Pursuant to Fed. R. Civ. P. 4(m) a defendant must be served within 120 days after the complaint is filed. As plaintiff filed the instant action on December 31, 2009, service must be complete by April 30, 2010.