August 28, 2010

To: The Magistrate Judge Lois Bloom
U.S District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

From: Ms. Renee Scroggins
P.O. Box 1914
McDonough, GA 30253

**RE: Receiving Plaintiff's opposition to my motion to dismiss on August 27, 2010
Case # 09-cv-5735**


Your honor I have just now received the opposition to my motion to dismiss seven days after the ordered time in which I was to receive it. It does not give me enough time to respond to it properly, as well as it has not arrived in a timely manner as ordered by the court. I again ask for my motion to dismiss to be granted, and if not I need an extension of time to respond.


Respectfully,

*[signature]*
Renee Scroggins

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 02 2010 ★
BROOKLYN OFFICE