FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 13 2010 ★
BROOKLYN OFFICE

United States District Court
Eastern District of New York
Case No. 09-cv-5735(RJD)(LB)

DEBORAH SCROGGINS
          Plaintiff,

V                                                                NOTICE OF MOTION

RENEE SCROGGINS
VALERIE JEAN SCROGGINS
SOUL JAZZ RECORDS, LTD/UNIVERSAL SOUND
          Defendants

To

          Please take notice that on _____ April 22nd, 2010 at _____ 2:30 _____ PM
Before _____ Magistrate Lois Bloom _____, Judge of the District Court, in Room 11 A located at

          225 Cadman Plaza East, Brooklyn, New York 11201          ,

I will ask the court for an order as follows:

### MOTION TO DISMISS

Deborah Scroggins requested an extension on two separate occasions, which were dated July 1st, 2010 and July 26th, 2010. The reason for the extensions, she stated, was because she needed more time to prepare three different oppositions. Although Deborah Scroggins' requests for two extensions were granted, she still has not responded to my original letter dated May 24th, 2010. Therefore, I, Valerie Scroggins, am asking the court for a motion to dismiss for the following reasons:

1. Deborah Scroggins never answered the original motion to dismiss.
2. For the reasons mentioned in the previous motion to dismiss dated May 24th, 2010, which is attached to this documentation.

Also, I am attaching the following document(s) that support my request:

**ORIGINAL NOTICE OF MOTION and ORIGINAL AFFIDAVIT OF VALERIE SCROGGINS IN SUPPORT OF MOTION TO DISMISS**

Signature _Valerie Scroggins_
Street Address: P.O. Box 1246
City/State/Zip: Blakeslee PA 18610
Telephone: (757) 292-0909

Subscribed and sworn to before me this __3__ day of __SEPT__, 2010.

_Anne Marie Wall_
Notary Public/Deputy Clerk

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Anne Marie Wall, Notary Public
Tunkhannock Twp., Monroe County
My Commission Expires Feb. 19, 2013
Member, Pennsylvania Association of Notaries

STATE OF PA )

COUNTY OF Monroe )

United States District Court
Eastern District of New York
Case No. 09-cv-5735(RJD)(LB)

---

DEBORAH SCROGGINS
        Plaintiff,

V

**NOTICE OF MOTION**

---

RENEE SCROGGINS
VALERIE JEAN SCROGGINS
SOUL JAZZ RECORDS, LTD/UNIVERSAL SOUND
        Defendants

To

Please take notice that on __April 22nd, 2010__ at __2:30__ PM Before __Magistrate Lois Bloom__, Judge of the District Court, in Room __11 A__ located at __225 Cadman Plaza East, Brooklyn, New York 11201__.

I will ask the court for an order as follows:

### MOTION TO DISMISS

I, Valerie Scroggins, am asking the court for a motion to dismiss me from the case because I was never responsible for any of the contractual and/or financial negotiations pertaining to Emerald, Sapphire, and Gold (E.S.G.).

I am attaching the following document(s) that support my request:

### AFFIDAVIT OF VALERIE SCROGGINS IN SUPPORT OF MOTION TO DISMISS

Signature: Valerie
Street Address: P.O. Box 1246
City/State/Zip: Blakeslee PA 18610
Telephone: (570) 643-5383

Subscribed and sworn to before me this __24th__ day of __May__, 2010.

Kristin Hollingsworth
Notary Public/Deputy Clerk — COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
KRISTIN HOLLINGSWORTH, NOTARY PUBLIC
MT. POCONO BORO, MONROE CTY.
MY COMMISSION EXPIRES NOV. 18, 2013

## AFFIDAVIT OF VALERIE SCROGGINS IN SUPPORT OF MOTION TO DISMISS

The undersigned, being first duly sworn, deposes and says:

For the Case 09-cv-5735(RJD)(LB), I, Valerie Scroggins, am requesting a motion to be removed from the case.

1. In Deborah Scroggins' Statement of Claim, she repeatedly wrote that it was Renee Scroggins, not I, which she had confronted regarding supposed monies due. In Paragraph 2, lines 8-13, by her own admission, Deborah wrote, "...Renee had took on all representation for Valerie for her share of royalties. Renee was the leader of the group and every time I'd ask her, where was the money that was owed to me over the years, she'll make up some excuse as to why I never gotten paid."

2. Renee, since the inception of Emerald, Sapphire, and Gold (E.S.G.) has been the only one in charge of all contracts (to include any monetary payments to the band), any and all negotiations, and any and all decisions regarding E.S.G. As indicated by Deborah in paragraph 3, lines 33-35 and in paragraph 4, lines 7-10, consecutively, "...he eventually emailed me the paperwork for the sync licenses and my sis Renee was listed as sole writer...Soul Jazz Records rep Angela Scott acted as their agent who negotiated the deal for my sis Renee. Renee was the only one listed as sole writer. I had told Library of Congress (LOC) about my dealings with my sisters, Renee in particular..."

3. Once again, by Deborah's own admission, she references in paragraph 4, lines 1-5 how negotiations were between her and Renee, "My sister Renee had since contacted me in late 2007/08 and told me she wanted to work things out and I thought we would finally work this out...But Renee came with her same old silly games and made up stories to get sympathy for her."

Based on the above references, I am requesting to be removed from the case since Deborah's apparent focal point is the supposed dealings between her and Renee.

I, Valerie Scroggins, declare under penalty of perjury that the foregoing is true and correct.

This affidavit was executed by me on ___May 24th___, 2010.

X _[signature]_

STATE OF PA          )
COUNTY OF monroe     )

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KRISTIN HOLLINGSWORTH, NOTARY PUBLIC
MT. POCONO BORO, MONROE CTY.
MY COMMISSION EXPIRES NOV. 18, 2013

_Kristin Hollingsworth_

I certify that <u>Valerie Scroggins</u> who ☐ is personally known to me to be the person whose name is subscribed to the foregoing instrument ☒ produced <u>DL# 27351742</u> as identification, personally appeared before me on <u>5-24-2010</u> and ☐ acknowledged the execution of the foregoing instrument.